**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 20, 2026

**Via ECF**
Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

**Re: *Michael Shamciyan v. Douglas Collins*, No. 25 Civ. 10651 (VSB)(GS)**

Dear Judge Stein:

This Office represents the United States of America (the "Government") in this action brought by *pro se* Plaintiff Michael Shamciyan ("Plaintiff") under 42 U.S.C. § 1983 and alleging discrimination in connection with his employment at the Department of Veterans Affairs ("VA"). I write on behalf of the parties to respectfully request an approximately two-month adjournment of the Initial Pretrial Conference, currently scheduled for October 27, 2026, to December 21, 2026 or a date thereafter that is convenient for the Court. I understand from Plaintiff that he has mailed a letter to Your Honor's Chambers with this request and is seeking this adjournment due to his school schedule and academic obligations. The undersigned further requests this adjournment because this case was recently re-assigned to me while my colleague, AUSA Brian Hilburn, is out of the office on parental leave. Accordingly, I need additional time to familiarize myself with this matter and to discuss this matter with the VA. In addition, the Court has referred this case to the Court's Mediation Program, and an adjournment of the Initial Pretrial Conference would allow the parties to participate in the mediation process prior to engaging in discovery. This is the first request by the parties for an adjournment of the Initial Pretrial Conference.

We thank the Court for its consideration of this request.

Application granted. In light of Judge Broderick's March 25, 2026 mediation referral order (Dkt. No. 7), the initial case management conference scheduled for Tuesday, October 27, 2026 is hereby adjourned sine die. Since Defendant has now filed an answer and no party has objected to mediation within 14 days of the filing of the answer, the mediation shall proceed in accordance with Judge Broderick's order. The Clerk of Court is hereby directed to attempt to locate pro bono counsel for the limited purpose of representing Plaintiff at the mediation. The parties are directed to take all appropriate steps to schedule, prepare for, and participate in the mediation. To the extent that Plaintiff or Defendant suggests that they need not do anything on this case until December 21, 2026, that request is rejected. The parties shall file a joint update on the status of mediation by no later than November 23, 2026. A copy of this order shall be sent to the Court's Mediation Program. SO ORDERED.

Date: October 22, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *_/s/ Jonaki M. Singh_*
JONAKI M. SINGH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov
*Attorney for Defendant United States of America*

cc: Michael Shamciyan (By Certified Mail)
3611 Henry Hudson Parkway, Apt. 3B
New York, NY 10463